**SO ORDERED.**

**SIGNED this 07th day of August, 2007.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

# United States Bankruptcy Court
### Western District of Texas
### San Antonio Division

| IN RE | BANKR. CASE NO. |
|---|---|
| JOHN HENRY MEDINA & CELESTINA ESTRADA MEDINA | 06-50619-C |
| *DEBTORS* | CHAPTER 7 |

### DECISION AND ORDER ON MOTION TO REDEEM PERSONAL PROPERTY

  CAME ON for hearing the foregoing matter. The debtors filed a motion to redeem a vehicle. The creditor responded, but did not appear at the hearing to argue or present evidence. The court authorizes redemption in the amount of $290.49, being the amount of the allowed secured claim as of the date of conversion of this case to chapter 7. *See* 11 U.S.C. §§ 348(f)(1)(B); 722.

  The court further finds that, although the automatic stay has lifted by operation of law, *see* 11 U.S.C. § 521(a)(6), that event does not prevent the debtors from redeeming the property, as section 722 itself sets no deadline for redemption. The debtors are accordingly authorized to redeem the vehicle in question by tender of the amount of $290.49 to the creditor, and the creditor shall, upon such tender, take all such actions as are required under nonbankruptcy law to transfer title free of lien to the debtors.

### # # #